```
                                        Filed 12/20/16
                                               JS-6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>    vs.<br><br>DICRAN, INC., a California Corporation, and DICRAN KUFTEDJIAN, an individual<br><br>        Defendants. | NO. CV 15-7218-GHK(KLSx)<br><br>JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) |

Based on our June 6, 2016 Order granting partial summary judgment in favor of Plaintiff MEINEKE Car Care Centers, LLC, (MEINEKE) and against Defendant DICRAN, INC. (DICRAN) on its Counterclaims, and

Based on our December 20, 2016 Order granting summary judgment in favor of MEINEKE and against DICRAN on MEINEKE's First and Second Causes of Action,

IT IS HEREBY ADJUDGED that:

1. Plaintiff MEINEKE shall have judgment against Defendant DICRAN in the total principal sum of $403,511.67 together with prejudgment interest at the rate of 6.5% per annum from July 15, 2015, and post judgment interest as provided by law;

    2. Plaintiff/Counter-defendant MEINEKE shall have judgment against Defendant/Counterclaimant DICRAN on its counterclaims and DICRAN shall take nothing by such counterclaims;

    3. Plaintiff MEINEKE shall file its motion for attorneys' fees within 30 days hereof; and

    4. Plaintiff MEINEKE shall file a timely motion to tax costs pursuant to the Local Rules.

    Pursuant to Fed. R. Civ. P. 54(b), we direct entry of this final judgment as to Defendant DICRAN, Inc. upon our express determination that there is no just reason for delay.

    IT IS SO ORDERED.

DATED: DECEMBER 20, 2016

_____
George H. King
United States District Judge