**United States District Court**
**Central District of California**

FILED
CLERK, U.S. DISTRICT COURT
MAR 17, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

Meineke Car Care Centers, LLC,

          Plaintiff,

    v.

Dicran, Inc., et al

          Defendants.

LACV 15-7218-GHK(KLSx)

**Amended Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    The Judgment entered on December 20, 2016, (Doc. No. 69) is hereby amended and entered in accordance with this Court's Order granting Plaintiff's Motion to add Defendant Dicran Kuftedjian as a judgment debtor (Doc. No. 75).

    On June 6, 2016, this Court granted partial summary judgment in favor of Plaintiff, and against Defendant Dicran, Inc. on its Counterclaims. (Doc. No. 43.) It is, therefore, ORDERED AND ADJUDGED that:

1. Plaintiff MEINEKE shall have judgment against Defendants DICRAN, INC and DICRAN KUFTEDJIAN in the total principal sum of $403,511.67 together with prejudgment interest at the rate of 6.5% per annum from July 15, 2015, and post judgment interest as provided by law;

2. Plaintiff/Counter-defendant MEINEKE shall have judgment against Defendant/Counterclaimant DICRAN INC., and DICRAN KUFTEDJIAN on its counterclaims and Defendants shall take nothing by such counterclaims;

4. Plaintiff MEINEKE shall file its motion for attorneys' fees within 30 days hereof; and

3. Plaintiff MEINEKE shall file a timely motion to tax costs pursuant to the Local Rules.

Pursuant to Fed. R. Civ. P. 54(b), we direct entry of this final judgment as to Defendant DICRAN, INC. and Defendant DICRAN KUFTEDJIAN upon our express determination that there is no just reason for delay.

IT IS SO ORDERED.

Dated: 3/17/17

Virginia A. Phillips
Chief United States District Judge

2